

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-80,363-01 & -02 & -03

### EX PARTE NORBERTO AHUMADA LUCIO, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 09-CR-2609 & 09-CR-2610 & 09-CR-2611
### IN THE 357TH DISTRICT COURT FROM CAMERON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). In Cause No. 09-CR-2609, Applicant was convicted of six counts of forgery and one count of engaging in organized criminal activity and sentenced to ten years' imprisonment, in each count, in counts one through six, and twenty years' imprisonment in count seven. In Cause No. 09-CR-2610, Applicant was convicted of six counts of tampering with government records, and one count of engaging in organized criminal activity and sentenced to twenty years' imprisonment, in each count, in counts one through six, and twenty-five years' imprisonment in count seven. In Cause No. 09-CR-2611, Applicant was convicted of theft in

the aggregate and sentenced to ten years' imprisonment. He did not appeal his convictions.

On November 27, 2013, the -03 was remanded to determine why the judgment in the *nunc pro tunc* order has four separate counts and four separate sentences when the offense was for theft in the aggregate. On February 27, 2014, this Court received the trial court's supplemental findings of fact and conclusions of law for the -03. The trial court recommended that we deny the -03 application and that the error in the judgment be corrected by a second *nunc pro tunc*. However, this Court was not sent a copy of such judgment *nunc pro tunc*. Therefore, the trial court shall supplement the record with the second judgment *nunc pro tunc*, or make findings of fact and conclusions of law as to why a *nunc pro tunc* has not been entered in this cause. No further fact finding is ordered or allowed in the -03 application.

As for the -01 and -02 applications, on April 24, 2014, the trial court ordered that the findings of fact and conclusions of law signed on October 24, 2013 be vacated. However, this Court has not received any supplemental findings of fact and conclusions of law. Instead, the trial court appears to be conducting more fact-finding on the claims raised in those applications. We now remand the -01 and -02 applications to the 357th District Court of Cameron County to allow the trial judge to complete the apparently ongoing evidentiary investigation and enter the appropriate findings of fact and conclusions of law.

We further order the trial court to resolve the issues and enter any findings of fact and conclusions of law within 30 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, if any, shall be forwarded to this Court within 45 days of the date of this order. No further extensions will be

entertained.

Delivered: November 26, 2014

Do Not Publish